DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
10 APRIL 2014

| 079P14 | Ebele Ann Oraefo v. Christina Claressa Pounds | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-101) | Denied |
|---|---|---|---|
| 083P14 | Hall v. N.C. Services Corporation, et al. | Plt's Motion for Temporary Stay | Allowed **03/11/2014** |
| 085P14 | State v. Roy Denning Hudson | Def's PDR Under N.C.G.S. § 7A-31 (COA13-230) | Denied |
| 087P14 | State v. Tina Mahoney | Def's PDR Under N.C.G.S. § 7A-31 (COA13-716) | Denied |
| 088P14 | State v. John Darren Bullard | Def's PDR Under N.C.G.S. § 7A-31 (COA13-794) | Denied |
| 091P14 | State v. Salim Abdu Gould | 1. Def's *Pro Se* Motion for Leave to File | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Leave to File *Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion of Discovery Under Rule 26.2 Production of Witness Statements | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion of Discovery of Arrest Reports/Statement of Arresting Officer | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion of Empeachment [sic] of Witness (Government) | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Suppress | 6. Dismissed |
| | | 7. Def's *Pro Se* Motion of Disclosure of Video and Audio of Recorded Interrogation of Defendant as Evidence (DVD Interview of Defendant) Page #5 of Motion of Discovery Photos-Videos-Sketches | 7. Dismissed |
| | | 8. Def's *Pro Se* Motion to Suppress and/or Empeachment [sic] of Statements and Expert Witnesses, Officers of Law in Said Case Exhibits 4, 5, 6 of Motion of Discovery | 8. Dismissed |
| | | 9. Def's *Pro Se* Motion to Suppress Exhibit 14 Constitutional Rights Warning and Consent | 9. Dismissed |
| | | 10. Def's *Pro Se* Motion to Suppress Victim's Statement Exhibit "Unknown" | 10. Dismissed |